UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DURRELL JAVON KINSEY,<br><br>                Plaintiff,<br><br>    v.<br><br>JUDGE DAN F. KATHEREN; OFFICER JAMES STAIRET; OFFICER S. MONDS; TRI CITY COLLECTORS AND THEIR EMPLOYEES AND REPRESENTATIVES; PROSECUTING ATTORNEY ANDY MILLER,<br><br>                Defendants. | CASE NO. 4:16-CV-5022-EFS<br><br>**ORDER DISMISSING LAWSUIT AND CLOSING FILE** |

On September 12, 2016, the Court entered an Order to Show Cause directed towards *pro se* Plaintiff Durrell Javon Kinsey as a result of Mr. Kinsey's failure to prosecute his case. ECF No. 5. Mr. Kinsey filed his complaint on March 9, 2016. ECF No. 4. Since that time, Mr. Kinsey has not pursued his claim. For example, there is no evidence that Mr. Kinsey has served the Defendants, and Mr. Kinsey did not respond to the Court's Show Cause Order. Because Mr. Kinsey failed to serve the Defendants or otherwise prosecute his lawsuit, the Court finds dismissal is appropriate. *See* Fed. R. Civ. P. 4(m) & 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 633 (1962) ("[A] [d]istrict

ORDER - 1

[c]ourt may dismiss a complaint for failure to prosecute even without affording notice of its intention to do so or providing an adversary hearing before acting.").

Accordingly, **IT IS HEREBY ORDERED**:

1.   This case is to be dismissed **without prejudice.**

2.   This file shall be **CLOSED.**

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide a copy to Mr. Kinsey.

**DATED** this  5TH  day of October 2016.

                              s/Edward F. Shea
                                EDWARD F. SHEA
                   Senior United States District Judge

Q:\EFS\Civil\2016\5022.Kinsey.ord.dismiss.lc02.docx

ORDER - 2